# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SHANIKA MANNERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2005-0060 |
| v. ) | |
| ) | |
| BANCO POPULAR DE PUERTO RICO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

FINCH, J.

    THIS MATTER comes before the Court the Motion to Remand filed by Plaintiff Shanika Manners. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that the Motion to Remand is **DENIED**.

    **ENTERED this 19 day of December, 2007.**

                                              /s/_____
                                       **HONORABLE RAYMOND L. FINCH**
                                       **U.S. DISTRICT JUDGE**