# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SHANIKA MANNERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANCO POPULAR DE PUERTO RICO )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 2005-0060 |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on the Motion to Dismiss for Failure to Prosecute filed by Defendant Banco Popular de Puerto Rico. Plaintiff Shanika Manners has not submitted a response to Defendant's memorandum in support of its Motion to Dismiss. In light of the Court's ruling denying Plaintiff's Motion to Remand, it is hereby

**ORDERED** that Plaintiff has twenty days from the date of this Order to respond to Defendant's Motion to Dismiss or the Court will consider Defendant's Motion to Dismiss conceded.

**ENTERED this 19 day of December, 2007.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　**HONORABLE RAYMOND L. FINCH**
　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**