# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| SHANIKA MANNERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2005-0060 |
| v. ) | |
| ) | |
| BANCO POPULAR DE PUERTO RICO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on the Motion to Dismiss for Failure to Prosecute filed by Defendant Banco Popular de Puerto Rico. On December 19, 2007, the Court ordered that Plaintiff Shanika Manners respond to Defendant's Motion to Dismiss within twenty days or the Court will consider Defendant's Motion to Dismiss conceded. Plaintiff has not submitted a response and this failure to comply with the Court Order warrants dismissal of Plaintiff's case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. It is hereby

      **ORDERED** that Plaintiff's case against Defendant, Civil No. 2005-0060, is dismissed.

      **ENTERED this 14 day of February, 2008.**

                                                             /s/
                                        **HONORABLE RAYMOND L. FINCH**
                                        **U.S. DISTRICT JUDGE**